Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
ATTN:
US DISTRICT COURT    SOUTHERN/NY COUNTY
--------------------------------------------------------

|  |  |
|---|---|
| J.D. AND L.D., ON BEHALF OF J.D.    plaintiff | Index No. **08 CV 3174** |
| - against - | Date Filed ............. |
|  | Office No. |
| NEW YORK CITY DEPARTMENT OF    defendant<br>EDUCATION | Court Date:  / / |

--------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**KENNETH WISSNER**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **31st  day of March, 2008**    at  **04:20 PM.**,            at
    **%MICHAEL A.CARDOZO,ESQ.CORP.COUNSEL THE CITY OF NY
    LAW DEPT. 100 CHURCH ST. 4TH FL.NY,NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT
    JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION
the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **MADELYN SANTANA,  LEGAL CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**        COLOR: **BROWN**        HAIR: **BLACK**
        APP. AGE: **35**       APP. HT: **5:4**        APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
31st  day of  March, 2008ni


SAMSON NEWMAN                             KENNETH WISSNER  721352
Notary Public, State of New York          AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01NE-4783767                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 11/03/2009             Reference No: 7MA7120577

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

J.D. and L.D., on behalf of J.D.,
Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

New York City Department of Education,
Defendant.

**08 CV 3174**

**JUDGE CEDARBAUM**

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary S. Mayerson, Esq.
Mayerson & Associates
330 West 38th Street, Suite 600
New York, New York  10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 3 1 2008

J. MICHAEL McMAHON

CLERK

DATE

(BY) DEPUTY CLERK